# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | MDL DOCKET NO: 3:08-MD-1932<br>Judge Graham C. Mullen |
| *Concerning Daniels v. Family Dollar Stores, Inc., Family Dollar Stores of Michigan, Inc.;* Michigan Eastern, No. 2:09-cv-14075 | |

## ORDER OF APPROVAL OF SETTLEMENT OF MACITA DANIELS

This matter is before the Court upon the Parties' request that the Court conduct an in camera review of and approve confidential Settlement Agreement and Release for Macita Daniels (hereinafter "Settling Plaintiff"). The parties desire to settle the claims of the Settling Plaintiff and further consent to the dismissal of the claims of the Settling Plaintiff with prejudice.

Settling Plaintiff has asserted claims against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the parties' confidential Settlement Agreement and Release. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Having conducted an in camera review of the Parties' confidential Settlement Agreement and Release, the Court is satisfied that the Parties' settlement of this contested case is fair, reasonable, and in the best interest of the Settling Plaintiff. The Settlement Agreement and Release reflects a reasonable compromise of disputed issues. Settling Plaintiff and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above,

IT IS, THEREFORE, ORDERED that the Court APPROVES the Parties' confidential Settlement Agreement and Release.

This _8th_ day of October, 2014.

Graham C. Mullen
Senior United States District Judge